susiloind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
SEP 28 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00069 |
| Plaintiff, | INDICTMENT |
| vs. | PRESENTATION OF IMMIGRATION DOCUMENT CONTAINING FALSE STATEMENT |
| SUSILO, FNU aka ASEP ZULKARNAEN, | [18 U.S.C. § 1546(a)] |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about the 19th day of September, 2005, in the District of Guam the defendant, SUSILO, FNU aka ASEP ZULKARNAEN, did willfully and knowingly use by presenting to a U.S. Customs and Border Protection Officer a U.S. visa, to wit: a C1/D visa number 4214592 issued to Asep Zulkarnaen, which he knew contained a materially false statement that the Customs and Border Protection might rely on in determining admission, to wit: that he was in fact Asep Zulkarnaen, which the defendant then and there knew was false, in that the visa document

1

was made out in the name Asep Zulkarnaen whereas the defendant, FNU SUSILO, well knew he was not that individual, in violation of Title 18, United States Code, Section 1546(a).

Dated this 28th day of September, 2005.

A TRUE BILL.



Foreperson

Submitted by:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2

<u>Criminal Case Cover Sheet</u>                  <u>U.S. District Court</u>

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number 05-00069
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name _____SUSILO, FNU_____

Alias Name _____ASEP SULKARNAEN_____

Address _____

_____Indonesia_____

Birthdate __1982__ SS# __None__ Sex __M__ Race __A__ Nationality __Indonesian__

**U.S. Attorney Information:**

AUSA _Frederick A. Black_

**Interpreter:** ____ No __X__ Yes    List language and/or dialect: __Indonesian__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED SEP 28 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: _____    ____ Petty ____ Misdemeanor __X__ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set 1 | 18 USC 1546(a) | Presentation of Immigration Document Containing False Statement | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __9-27-05__    Signature of AUSA: _Frederick A. Black_