AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **GUAM**

U.S. MARSHALS GUAM
RECEIVED

28 SEP 2005 14 00 01

UNITED STATES OF AMERICA

V.

**SUSILO, FNU
aka ASEP ZULKARNAEN**

## WARRANT FOR ARREST

Case Number: CR-05-00069

**FILED**
DISTRICT COURT OF GUAM
SEP 28 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to **SUSILO, FNU aka ASEP ZULKARNAEN**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

**PRESENTATION OF IMMIGRATION DOCUMENT CONTAINING FALSE STATEMENT**

in violation of Title __18__ United States Code, Section(s) __1546(a)__

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

*[signature: Hernandez]*
Signature of Issuing Officer

**DEPUTY CLERK, DISTRICT COURT OF GUAM**
Title of Issuing Officer

**SEPTEMBER 28, 2005; HAGATNA, GUAM**
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DHS-ICE Suboffice; Hagatna, Guam

| DATE RECEIVED 9/28/05 | NAME AND TITLE OF ARRESTING OFFICER Edith Conway, CBP Enforcement Officer | SIGNATURE OF ARRESTING OFFICER *Edith Conway* |
|---|---|---|
| DATE OF ARREST 9/28/05 | | |

Case 1:05-cr-00069  Document 2  Filed 09/28/2005  Page 1 of 2

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  <u>SUSILO, FNU aka ASEP ZULKARNAEN</u>

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____