IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00069** **DATE: September 30, 2005**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding** Law Clerk: None present
Court Recorder: Wanda M. Miles Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:01:00 - 2:19:25 CSO: B. Benavente

**APPEARANCES**

**DEFT: FNU SUSILO aka ASEP ZULKARNAEN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY : CYNTHIA V. ECUBE**
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: FRED BLACK**

**AGENT: EDITH CONWAY, B.I.C.E.**

**U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON**

**U.S. MARSHAL: S. LUJAN / M. UNGACTA**

**INTERPRETER: FOO MEE CHUN CLINARD**

**LANGUAGE: INDONESIAN**

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: CYNTHIA V. ECUBE, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___ SCHOOL COMPLETED: 9 YEARS
( X ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: SOLE COUNT IN THE INDICTMENT
( ) COUNT(S) ____________ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: ____________ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: ____________ FOR RECOMMENDATION.

( ) SENTENCING DATE: ____________ at ____________ ( ) STATUS HEARING: ____________ at ______
( ) PRESENTENCE REPORT ORDERED AND DUE: ____________
( ) PRELIMINARY EXAMINATION SET FOR: ____________
( ) ARRAIGNMENT SET FOR: ____________ at ____________
( X ) TRIAL SET FOR: NOVEMBER 16, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: ____________ at ____________
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: ____________ at ______
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**Trial Order executed. Defense submitted to the Pretrial Services Report regarding detention. Accordingly, the Court remanded the defendant to the custody of the U.S. Marshal.**

Courtroom Deputy: