
FILED
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>FNU SUSILO aka ASEP ZULKARNAEN,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00069<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **CYNTHIA V. ECUBE** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to September 29, 2005.

Dated this 30th day of September, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM