# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

        Plaintiff,

vs.

Fnu Susilo aka Asep Zulkarnaen,

        Defendant.

Case No. 1:05-cr-00069

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Appointment Order, Trial Order and Detention Order filed September 30, 2005***, on the dates indicated below:

| U.S. Attorney's Office | *Cynthia V. Ecube* | U.S. Probation Office | U.S. Marshal Service |
|---|---|---|---|
| *October 3, 2005* | *October 3, 2005* | *October 3, 2005 (Detention Order Only)* | *October 3, 2005 (Detention Order Only)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

**Appointment** *Order, Trial Order and Detention Order filed September 30, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 3, 2005                                 /s/ Marilyn B. Alcon
                                                                         Deputy Clerk