1 | **LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**
2 | *A Professional Corporation*
3 | 207 Martyr Street, Suite 3
4 | Hagåtña, Guam 96910
  | Telephone: (671) 472-8889/922-8889
5 | Telecopier: (671) 472-8890
  | Email Address: ecubelaw@netpci.com

6 | *Attorney for Defendant*
7 | **SUSILO, FNU** *aka* **ASEP ZULKARNAEN**

8 | **IN THE DISTRICT COURT OF GUAM**

9 | **TERRITORY OF GUAM**

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00069 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **EX PARTE MOTION FOR APPOINTMENT OF NON-LEGAL ASSISTANCE PURSUANT TO 18 U.S.C. §3006A(e) AND ORDER OF AN INTERPRETER** |
| SUSILO, FNU, *aka* ASEP ZULKARNAEN | ) | |
| Defendant. | ) | |

**COMES NOW**, Defendant, **SUSILO, FNU** *aka* **ASEP ZULKARNAEN**, by and through its Court appointed counsel, **CYNTHIA V. ECUBE, ESQ.**, and hereby moves this Honorable Court for an Order appointing a Interpreter pursuant to 18 U.S.C. §3006A(e). Defendant, **SUSILO, FNU** *aka* **ASEP ZULKARNAEN**, submits that he is indigent, and is therefore unable to pay for such services. Defendant **SUSILO, FNU** *aka* **ASEP ZULKARNAEN** further submits that Defendant's Motion is based on Defendant's Affidavit of Financial Information, and all the pleadings and records filed with the Court, herein.

Dated this 30ᵗʰ day of September, 2005.

**LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**
*A Professional Corporation*

By: _____
**CYNTHIA V. ECUBE, ESQ.**
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I, **GENEVIEVE MESA**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 3rd day of October, 2005, I caused to be served by facsimile and personal service a copy of the "Ex Parte Motion For Appointment Of Non-Legal Assistance Pursuant to 18 U.S.C. §3006A(e) and Order Of An Interpreter" in Criminal Case No. : **05-00069**.

**FREDERICK BLACK,** Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

_____
Legal Secretary