LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

Attorney for Defendant
SUSILO, FNU aka ASEP ZULKARNAEN

FILED
DISTRICT COURT OF GUAM
OCT - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUSILO, FNU )<br>aka ASEP ZULKARNAEN )<br>)<br>Defendant. )<br>_____ ) | Criminal Case No. 05-00069<br><br>[~~PROPOSED~~] ORDER REGARDING APPOINTMENT OF NON-LEGAL ASSISTANCE PURSUANT TO 18 U.S.C. §3006A(e) FOR INTERPRETER |

THIS MATTER HAVING come before the Court upon the Motion of the Defendant, and for good cause appearing therefrom;

**IT IS HEREBY ORDERED** that Defendant shall be permitted to obtain the services of an interpreter to assist Defense counsel in the above referenced criminal matter pursuant to 18 U.S.C. §3006A(e); Further, that said services are subject to the limit that such expense shall not exceed the sum of One Thousand Dollars ($1,000.00) without further Order of the Court.

**SO ORDERED:** *nunc pro tunc*, this ____ day of _____, 2005.

_____
~~JUDGE, DISTRICT COURT OF GUAM~~
LLOYD D. GEORGE
Designated Judge

RECEIVED
OCT - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

CVE/gpm
L:\My Documents\CLIENTS\CVE-CLIENTS\Susilo, FNU\Order for Interpreter.