LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

Attorney for Defendant
SUSILO, FNU aka ASEP ZULKARNAEN

FILED
DISTRICT COURT OF GUAM
OCT 18 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>SUSILO, FNU,<br>*aka* ASEP ZULKARNAEN<br><br>    *Defendant.* | CRIMINAL CASE NO. 05-00069<br><br>DEFENDANT SUSILO'S NOTICE AND REQUEST TO CHANGE HIS PLEA FROM "NOT GUILTY" TO "GUILTY" |

COMES NOW, Defendant, SUSILO, FNU *aka* ASEP ZULKARNAEN, by and through his Court appointed counsel of record, CYNTHIA V. ECUBE, ESQ., and hereby moves this Honorable Court to set a hearing date in order to allow Defendant SUSILO, FNU *aka* ASEP ZULKARNAEN to change his plea from "not guilty" to "guilty".

Dated this 18th of October, 2005.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

CVE/gpm
L:Server\My documents\Clients\Susilo\Notice & Req for Change of Plea Hg\10-17-05

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P. C.
U. S. A. v. SUSILO, FNU aka ASEP ZULKARNAEN; CR05-00069;
Defendant's Notice of Change of Plea; Page 2.

# CERTIFICATE OF SERVICE

I, **GENEVIEVE P. MESA**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 18th day of October, 2005, I caused to be served by facsimile and personal service a copy of " Defendant Susilo's Notice and Request to Change of Plea and Order for Change of Plea Hearing" in Criminal Case No. to: **05-00069**.

**FREDERICK BLACK**, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

_____
Legal Secretary

CVE/gpm
L:Serv...\0069 Susilo\Notice & Req for Change of Plea Hrg 10-17-05