LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
SUSILO, FNU *aka* ASEP ZULKARNAEN

**FILED**
DISTRICT COURT OF GUAM
OCT 19 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00069 |
| Plaintiff, | |
| vs. | ORDER REGARDING CHANGE OF PLEA HEARING |
| SUSILO, FNU, *aka* ASEP ZULKARNAEN | |
| Defendant. | |

THIS MATTER HAVING come before the Court upon notice and request from the Defendant, and for good cause appearing therefrom;

**IT IS HEREBY ORDERED** that the Change of Plea hearing in the above-entitled criminal matter shall be scheduled on Thursday, Oct. 20, 2005 at 10:30 A M.

SO ORDERED on this 18th, day of October, 2005.

RECEIVED
OCT 18 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
JUDGE, DISTRICT COURT OF GUAM
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

CVE/gpm
L:Servers\My documents\Clients\Susilo, FNU\Order re: Change of Plea\10/18/2005