IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00069          DATE: October 20, 2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles          Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 11:07:33 - 11:38:35          CSO: L. Ogo

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** __FNU SUSILO aka ASEP ZULKARNAEN__          **ATTY:** __CYNTHIA V. ECUBE__
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.          ( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK          AGENT:

U.S. PROBATION: JUDY OCAMPO          U.S. MARSHAL: G. PEREZ

INTERPRETER: __FOO MEE CHUN CLINARD__          LANGUAGE: __INDONESIAN__

**PROCEEDINGS:          CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __24__   SCHOOL COMPLETED: __9 YEARS__
( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION AND ADVISES THE DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: Presentation of Immigration Document Containing False Statement
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED:   NO WRITTEN PLEA AGREEMENT     PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __FEBRUARY 7, 2006 at 10:00 A.M.__
( X ) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES: 12/13/2005     DUE TO THE COURT: 01/20/2006

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant entered a straight up guilty plea, no written plea agreement was filed. The Court executed the Report and Recommendation Concerning Plea of Guilty.

Government advised the Court that parties stipulated to an expedited sentencing hearing, however, will confer with the probation office and defense counsel and advise the Court if the hearing can be moved up.

Courtroom Deputy: _____