IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00069 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | **CONCERNING PLEA OF GUILTY** |
| | ) | **IN A FELONY CASE** |
| SUSILO, FNU a.k.a. | ) | |
| ASEP ZULKARNAEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim.

P., and has entered a plea of guilty to an Indictment charging him with Presentation of

Immigration Document Containing False Statement, in violation of 18 U.S.C. § 1546(a). After

examining the defendant under oath, I have determined that the defendant is fully competent and

capable of entering an informed plea, that the guilty plea was intelligently, knowingly and

voluntarily made, and that the offense charged is supported by an independent basis in fact

///

///

///

///

///

///

1  establishing each of the essential elements of such offense.  I therefore recommend that the plea

2  of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed

3  accordingly.

4  IT IS SO RECOMMENDED.

5  DATED this _20th_ day of October 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).**