# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br>     Plaintiff, <br><br>    vs. <br><br> Fnu Susilo, <br><br>     Defendant. | Case No. 1:05-cr-00069 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 Voucher and CJA 21 Voucher filed October 19, 2005, and the Consent to Rule 11 Plea Under a Felony Case Before a U.S. Magistrate Judge and Report and Recommendations filed October 20, 2005*, on the dates indicated below:

| | |
|---|---|
| *U.S. Attorney's Office* <br> *October 21, 2005* <br> *(Consent and Report only)* | *Cynthia Ecube* <br> *October 21, 2005* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 Voucher and CJA 21 Voucher filed October 19, 2005, and the Consent to Rule 11 Plea Under a Felony Case Before a U.S. Magistrate Judge and Report and Recommendations filed October 20, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

| | |
|---|---|
| Date: October 24, 2005 | /s/ Leilani R. Toves Hernandez <br>    Deputy Clerk |