ORIGINAL

susilolostp

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 1 6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR 05-00069 |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO MOVE UP SENTENCING DATE |
| SUSILO, FNU | |
| Defendant. | |

The parties in the above entitled matter, the United States of America, and the defendant through his counsel, Cynthia Ecube, hereby motion this Court that the sentencing date currently scheduled for February 2, 2006 be moved up and set for December 15, 2005 at 9:00 a.m.

//
//
//
//
//
//

1 | U.S. Probation has already completed the presentence investigation report and agrees
2 | with the moving up of the sentencing date.
3 | Respectfully submitted.

4
5 | 11/9/05
    Date

      [signature]
      CYNTHIA ECUBE
6     Attorney for Defendant

7
8     LEONARDO M. RAPADAS
      United States Attorney
      Districts of Guam and NMI
9
10 | 11-8-05
    Date

      [signature]
      FREDERICK A. BLACK
11    Assistant U.S. Attorney

12
13 | NOV. 16, 2005

14    Date

      [signature]
      F. MICHAEL CRUZ
      Chief Probation Officer
15    U.S. Probation Office