# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

          Plaintiff,

      vs.

Fnu Susilo aka Asep Zulkarnaen,

          Defendant.

Case No. 1:05-cr-00069

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed November 16, 2005***, on the dates indicated below:

*U.S. Attorney's Office*
*November 17, 2005*

*Cynthia V. Ecube*
*November 17, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed November 16, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 17, 2005

      /s/ Marilyn B. Alcon
        Deputy Clerk