susilostp

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC -1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SUSILO, FNU <br><br> Defendant. | CRIMINAL CASE NO. 05-00069 <br><br> **ORDER** <br> **re: November 16, 2005** <br> **Stipulated Motion to Move Up** <br> **Sentencing Date** |

The Stipulated Motion to Move Up Sentencing Date from February 2, 2006, to Thursday, December 15, 2005 at 9:00 a.m., filed on November 16, 2005, is hereby granted.

**IT IS SO ORDERED.**

DATE: December 1, 2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**