LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
SUSILO, FNU *aka* ASEP ZULKARNAEN

FILED
DISTRICT COURT OF GUAM
DEC - 2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* vs. SUSILO, FNU, *aka* ASEP ZULKARNAEN *Defendant.* | CRIMINAL CASE NO. **05-00069** **DEFENDANT SUSILO FNU STATEMENT ADOPTING FINDINGS OF THE DRAFT PRE-SENTENCE INVESTIGATION REPORT** |

I. STATEMENT ADOPTING FINDINGS OF PRE-SENTENCE REPORT:

**COMES NOW**, Defendant, **SUSILO, FNU** *aka* **ASEP ZULKARNAEN**, by and through his Court appointed counsel of record, **CYNTHIA V. ECUBE, ESQ.** with the **LAW OFFICE OF CYNTHIA V. ECUBE, P.C.**, and hereby files his statement adopting the findings in the draft Pre-Sentence Investigation Report (hereinafter "PSI Report") filed in the above-entitled criminal matter, herein.

Dated this 2nd day of December, 2005.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*

By: [signature]
CYNTHIA V. ECUBE, ESQ.
*Attorney for Defendant*

ORIGINAL

## CERTIFICATE OF SERVICE

I, **GENEVIEVE MESA**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 2nd day of December, 2005, I caused to be served by facsimile and personal service a copy of the "Defendant's Statement Adopting the Findings of the draft PSI Report" in Criminal Case No. **05-00069**, to:

**FREDERICK BLACK,** Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

Legal Secretary